# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0391
LT Case No. 2024-029095-COCI

_____

RANDOLPH HUGO KAHL-WINTER,

    Appellant,

    v.

MHC ROSE BAY, LLC, DAVID
MICHAEL TAMBOIA, and VIRGINIA
ELLEESE HARVLEY,

    Appellees.

_____

On appeal from the County Court for Volusia County.
Katherine Hurst Miller, Judge.

Randolph Hugo Kahl-Winter, Port Orange, pro se.

Brian C. Chase, and Patrick M. Boylan, of Atlas Law, Tampa,
for Appellee, MHC Rose Bay, LLC.

No Appearance for Remaining Appellees.

November 20, 2025

PER CURIAM.

    AFFIRMED.

LAMBERT, HARRIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____